**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

SOCIETE CIVILE SUCCESSION
RICHARD GUINO, a french trust,
    *Plaintiff-Appellee,*

    v.

JEAN-EMMANUEL RENOIR, an
individual,
    *Defendant-Appellant,*

    and

BESEDER INC., doing business as
Rima Fine Art; DROR DAREL,
husband; TRACY L. PENWELL, wife,
    *Defendants.*

No. 07-15582

D.C. No.
CV-03-01310-MHM

SOCIETE CIVILE SUCCESSION
RICHARD GUINO, a french trust,
    *Plaintiff-Appellee,*

    v.

JEAN-EMMANUEL RENOIR, an
individual,
    *Defendant,*

    and

BESEDER INC., doing business as
Rima Fine Art; DROR DAREL,
husband; TRACY L. PENWELL, wife,
    *Defendants-Appellants.*

No. 07-15583

D.C. No.
CV-03-01310-MHM

3897

SOCIETE CIVILE SUCCESSION
RICHARD GUINO, a french trust,
                    *Plaintiff-Appellant,*

RICHARD W. MORRIS; MORRIS LAW
FIRM, PLLC,
                            *Appellants,*

            v.

JEAN-EMMANUEL RENOIR, an
individual; BESEDER INC., doing
business as Rima Fine Art; DROR
DAREL, husband; TRACY L.
PENWELL, wife,
                *Defendants-Appellees.*

No. 07-17209

D.C. No.
CV-03-01310-MHM

ORDER DENYING
PETITIONS FOR
REHEARING EN
BANC

Filed April 1, 2009

Before: Mary M. Schroeder, Dorothy W. Nelson and
Stephen Reinhardt, Circuit Judges.

## ORDER

Judge Schroeder and Judge Reinhardt voted to deny the petitions for rehearing en banc. Judge Nelson recommended denial of the petitions for rehearing en banc.

The full court has been advised of the petitions for rehearing en banc and no active judge has requested a vote on whether to rehear the matter en banc. (Fed. R. App. P. 35.)

The petitions for rehearing en banc are DENIED.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2009 Thomson Reuters/West.